**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RENEE HOFF** | ) | **CASE NO.:** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **WALMART INC., WALMART STORES** | ) | |
| **EAST, LP, WALMART ASSOCIATES, INC.** | ) | |
| **& WALMART REAL ESTATE BUSINESS** | ) | |
| **TRUST** | ) | |
| | ) | **NOVEMBER 10, 2020** |
| **Petitioners/Defendants** | ) | |
| | ) | |

NOW COMES the Defendants, WALMART INC., WALMART STORES EAST, LP, WALMART ASSOCIATES, INC. AND WALMART REAL ESTATE BUSINESS TRUST hereinafter referred to as "Petitioners" and through their undersigned counsel respectfully petition this Honorable Court as follows:

1.      Petitioners are Defendants in a civil action bearing Docket No. NNH-CV20-6108762-S pending in the Connecticut Superior Court, Judicial District of New Haven at New Haven (hereinafter, the "State Court Action"). The Return Date in the State Court Action is November 24, 2020. A copy of the Summons and Complaint in the State Court Action is attached hereto as **Exhibit A**.

2.      The Complaint in this action sounds in negligence. In her Complaint, Plaintiff alleges that she slipped and fell on a slippery condition and/or liquid which was allowed to accumulate due to the negligence of the Petitioners when she was walking inside the Walmart store located at 844 North Colony Road, Wallingford, Connecticut on July 3, 2019. The Plaintiff alleges that as a result of this Incident, she was caused to suffer various serious and permanent personal injuries and losses *(please see Complaint, Paragraphs 7 - 10).*

3.     The permanent injuries and losses claimed by the Plaintiff include; but are not limited to, cervical spine injury causing pain to radiate into her shoulders/arms, lumbar spine injury causing pain to radiate into her lower extremities, left shoulder injury, thoracic spine injury and exacerbation of her pre-existing condition.  In addition, she is claiming future medical expenses and that these injuries have completely diminished her activities.  Further, she claims lost wages and impairment of her earning capacity.

4.     This action is being removed to the District Court pursuant to Title 28, United States Code §1441(a). In support of this Petition for Removal, the Petitioner respectfully states and represents to the Court as follows:

a.     By Complaint dated October 13, 2020, the Plaintiff filed suit against the Petitioners. Service was accomplished upon the Petitioners Walmart, Inc., Walmart Stores East, LP and Walmart Associates, Inc. on October 19, 2020 through the Petitioners' registered agent for service of process.  Service was accomplished upon Petitioner Walmart Real Estate Business Trust on October 16, 2020 through the Connecticut Secretary of States as registered agent for service of process.  The Complaint seeks venue in the Superior Court of Connecticut, Judicial District of New Haven at New Haven.

b.     The Plaintiff is a resident of Hamden, Connecticut.  *Please see Summons.*

c.     Petitioner, Walmart Stores East, LP is a Delaware limited partnership with its principal place of business in Bentonville, Arkansas.

d.     Petitioner, Walmart, Inc., is a corporation duly licensed and registered under the laws of the State of Delaware, with a principal place of business in Bentonville, Arkansas.

e.     Petitioner, Walmart Real Estate Business Trust is a business trust duly license and

2

registered under the laws of the State of Delaware, with a principal place of business in Bentonville, Arkansas.

f.      Petitioner, Walmart Associates, Inc. is a corporation duly licensed and registered under the laws of the State of Delaware, with a principal place of business in Bentonville, Arkansas.

g.      In her Complaint, the Plaintiff alleges that as a result of the subject incident, she suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including those injuries described in detail above. She further asserts a claim for future medical expenses, permanent disability, inability to perform her usual activities without pain, lost wages and impairment of hear earning capacity. Thus, the amount in controversy exceeds $75,000 exclusive of interest and costs.

5.      This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioner and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6.      Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut and the Petitioner is subject to personal jurisdiction in Connecticut.

7.      Pursuant to 28 U.S.C. §1446(d), the Petitioner has on this date notified the Superior Court of the State of Connecticut of the filing of this Petition. A copy of the Certificate of Removal filed with the Superior Court is attached hereto as **Exhibit B**.

WHEREFORE, based upon the foregoing, the Petitioners respectfully request that the State Court Action be removed to the United States District Court for the District of Connecticut

3

pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of
Connecticut, Judicial District of New Haven at New Haven, be discontinued.


Respectfully submitted,

DEFENDANTS/PETITIONERS,
WALMART, INC., WALMART STORES EAST,
LP, WALMART ASSOCIATES, INC. &
WALMART REAL ESTATE BUSINESS TRUST


By: /s/ *Janice D. Lai, Esq.*
　　Janice D. Lai, Esq.(ct12135)
　　Ryan Ryan Deluca LLP
　　CityPlace II
　　185 Asylum Street, 6th Floor
　　Hartford, CT 06103
　　Juris No. 436612
　　Phone:  860-785-5150

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Michael Rosnick, Esq.
Miller, Rosnick, D'Amico August & Butler
1087 Broad Street
Bridgeport, CT 06604
*Attorney for Plaintiff*

/s/ *Janice D. Lai, Esq.*
Janice D. Lai, Esq. (ct12135)

**<u>EXHIBIT A</u>**

 **CT Corporation**

**Service of Process Transmittal**
10/19/2020
CT Log Number 538428954

TO: Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

RE: **Process Served in Connecticut**

FOR: Wal-Mart Stores East, LP  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Hoff Renee, Pltf. vs. Walmart, Inc., et al., Dfts. // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Summons, Instructions, Complaint, Demand |
| **COURT/AGENCY:** | New Haven at New Haven Superior Court Judicial District, CT<br>Case # NONE |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 07/03/2019 - Walmart store located at 844 N. Colony Road, Wallingford, Connecticut |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/19/2020 at 13:29 |
| **JURISDICTION SERVED :** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | On or before the second day after the date, Dated 11/24/2020 |
| **ATTORNEY(S) / SENDER(S):** | Michael J. Rosnick<br>Miller, Rosnick, D'Amico, August & Butler, P.C.<br>1087 Broad Street<br>Bridgeport, CT 06604<br>203-334-0191 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/20/2020, Expected Purge Date: 10/25/2020<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / PK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SERVICE INTENDED FOR:

**WAL-MART STORES EAST, LP**

 Wolters Kluwer

THE WITHIN IS THE ORIGINAL SUMMONS CIVIL, COMPLAINT WITH MY DOINGS
HEREON ENDORSED.

FEES:

VERIFIED COPIES:$45.00                                    ATTEST:

ENDORSEMENTS:$6.00

SERVICE:$120.00

TRAVEL:$10.00                                             CT STATE MARSHAL

SECRETARY OF STATE FEE:$50.00                            COUNTY OF HARTFORD

TOTAL:$231.00


**Brian R. Wright**

Connecticut State Marshal

45 Wyllys Street, Hartford, CT 06106      860-883-5832

STATE OF CONNECTICUT    )

                        )       SS: HARTFORD            October 16, 2020

COUNTY OF HARTFORD      )


THEN and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within original SUMMONS CIVIL, COMPLAINT with my doings thereon endorsed, by leaving two true and attested verified copies at The Office of the Secretary of State, 165 Capital Avenue, Hartford, Connecticut. Registered Agent for Service, for the within named defendant:

Walmart Real Estate Business Trust

PO Box 8050, MS 0555, Bentonville, AR 72716

AFTERWARDS, on October 19, 2020, THEN and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within original SUMMONS CIVIL, COMPLAINT with my doings thereon endorsed, by leaving a true and attested verified copy with and in the hands of Gary Scappinni, at CT Corporation System, 67 Burnside Avenue, East Hartford, CT. Registered Agent for Service, for the within named defendant:

WalMart, Inc.

702 SW 8th Street, Bentonville, AR 72716

ALSO, on October 19, 2020, THEN and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within original SUMMONS CIVIL, COMPLAINT with my doings thereon endorsed, by leaving a true and attested verified copy with and in the hands of Gary Scappinni, at CT Corporation System, 67 Burnside Avenue, East Hartford, CT. Registered Agent for Service, for the within named defendant:

Wal-Mart Stores East, Limited Partnership

702 SW 8th Street, Bentonville, AR 72716

ALSO, on October 19, 2020, THEN and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within original SUMMONS CIVIL, COMPLAINT with my doings thereon endorsed, by leaving a true and attested verified copy with and in the hands of Gary Scappinni, at CT Corporation System, 67 Burnside Avenue, East Hartford, CT. Registered Agent for Service, for the within named defendant:

Wal-Mart Associates, Inc.

702 SW 8th Street, Bentonville, AR 72716

THE WITHIN IS THE ORIGINAL SUMMONS CIVIL, COMPLAINT WITH MY DOINGS
HEREON ENDORSED.

FEES:

VERIFIED COPIES:$45.00                          ATTEST:

ENDORSEMENTS:$6.00

SERVICE:$120.00

TRAVEL:$10.00                                    CT STATE MARSHAL

SECRETARY OF STATE FEE:$50.00                    COUNTY OF HARTFORD

TOTAL:$231.00

## Brian R. Wright

Connecticut State Marshal

45 Wyllys Street, Hartford, CT 06106      860-883-5832

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**See other side for instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [x] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

ATTEST:
BRIAN R. WRIGHT
STATE MARSHAL
HARTFORD COUNTY

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | ( 203 )503-6800 | NOVEMBER      24 , 2020      Month        Day     Year |

| | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|
| [x] Judicial District    [ ] Housing Session    [ ] G.A. Number: | New Haven | Major:  T    Minor:  03 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Michael J. Rosnick; Miller, Rosnick, D'Amico, August & Butler, 1087 Broad St, Bridgeport, CT 06604 | 038116 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| ( 203 ) 334-0191 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [ ] Yes  [x] No | Email address for delivery of papers under Section 10-13 (if agreed to) |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 4 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: HOFF, RENEE  Address: 151 Ridge Road, Hamden, CT  06517 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name:  WALMART, INC., 702 SW 8TH STREET, BENTONVILLE, AR, 72716  Address: c/o Agent for Service, CT Corporation System, 67 Burnside Avenue, East Hartford, CT  06108-3408 | D-01 |
| Additional Defendant | Name:  WAL-MART STORES EAST, LIMITED PARTNERSHIP, 702 SW 8TH STREET, BENTONVILLE, AR, 72716  Address: c/o Agent for Service, CT Corporation System, 67 Burnside Avenue, East Hartford, CT  06108-3408 | D-02 |
| Additional Defendant | Name:  WAL-MART ASSOCIATES, INC., 702 SW 8TH STREET, BENTONVILLE, AR, 72716  Address: c/o Agent for Service, CT Corporation System, 67 Burnside Avenue, East Hartford, CT  06108-3408 | D-03 |
| Additional Defendant | Name:  WALMART REAL ESTATE BUSINESS TRUST, PO Box 8050 MS 0555, Bentonville, AR  72712  Address: c/o Agent for Service, Secretary of State, Denise Merrill, 30 Trinity Street, Hartford, CT  06115 | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | [x] Commissioner of the Superior Court  [ ] Assistant Clerk | Name of Person Signing at Left  Michael J. Rosnick | Date signed  10/13/2020 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. | | File Date |
| b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. | | |
| c. The Clerk is not permitted to give legal advice in connection with any lawsuit. | | |
| d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | | |

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

(a) Family matters (for example divorce, child support, custody, paternity, and visitation matters).
(b) Summary process actions.
(c) Applications for change of name.

(d) Probate appeals.
(e) Administrative appeals.
(f) Proceedings pertaining to arbitration.
(g) Any actions or proceedings in which an attachment, garnishment or replevy is sought.

### ADA NOTICE
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/ Minor | Minor Description | Major Description | Codes Major/ Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 10 | Construction - State and Local | | T 03 | Defective Premises - Private - Other |
| | C 20 | Insurance Policy | | T 11 | Defective Premises - Public - Snow or Ice |
| | C 30 | Specific Performance | | T 12 | Defective Premises - Public - Other |
| | C 40 | Collections | | T 20 | Products Liability - Other than Vehicular |
| | C 90 | All other | | T 28 | Malpractice - Medical |
| Eminent Domain | E 00 | State Highway Condemnation | | T 29 | Malpractice - Legal |
| | E 10 | Redevelopment Condemnation | | T 30 | Malpractice - All other |
| | E 20 | Other State or Municipal Agencies | | T 40 | Assault and Battery |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 50 | Defamation |
| | E 90 | All other | | T 61 | Animals - Dog |
| | | | | T 69 | Animals - Other |
| Miscellaneous | M 00 | Injunction | | T 70 | False Arrest |
| | M 10 | Receivership | | T 71 | Fire Damage |
| | M 20 | Mandamus | | T 90 | All other |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 40 | Arbitration | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 50 | Declaratory Judgment | | V 05 | Motor Vehicles* - Property Damage only |
| | M 63 | Bar Discipline | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 09 | Motor Vehicle* - All other |
| | M 68 | Bar Discipline - Inactive Status | | V 10 | Boats |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 20 | Airplanes |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 30 | Railroads |
| | M 83 | Small Claims Transfer to Regular Docket | | V 40 | Snowmobiles |
| | M 84 | Foreign Protective Order | | V 90 | All other |
| | M 90 | All other | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Property | P 00 | Foreclosure | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | P 10 | Partition | | W 90 | All other |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien | | | |
| | P 30 | Asset Forfeiture | | | |
| | P 90 | All other | | | |

RET. DATE: 4TH TUESDAY NOVEMBER 2020     :     SUPERIOR COURT

RENEE HOFF     :     J.D. OF NEW HAVEN

VS.     :     AT NEW HAVEN

WALMART, INC., WAL-MART STORES EAST,     :
LIMITED PARTNERSHIP, WAL-MART
ASSOCIATES, INC., WALMART REAL ESTATE     :
BUSINESS TRUST      OCTOBER 13, 2020

## COMPLAINT

### FIRST COUNT:

    1.    At all relevant times herein mentioned, the Defendants, WALMART,

INC., WAL-MART STORES EAST, LIMITED PARTNERSHIP, WAL-MART

ASSOCIATES, INC., WALMART REAL ESTATE BUSINESS TRUST, individually

and/or collectively (hereinafter "WALMART") owned, leased, maintained, managed,

possessed and/or controlled the premises located at 844 N. Colony Road, Wallingford,

Connecticut from which they operated a retail store.

    2.    On or about July 3, 2019, at approximately 8:30 p.m., the Plaintiff,

RENEE HOFF, was a business invitee at the Defendant's store where she was

attempting to walk through/past the vegetable section.

    3.    At the same place and time, as the Plaintiff, RENEE HOFF, was walking

near, or in front of, the tomato section, she was caused to fall, and did fall, on the wet

LAW OFFICES
ILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
IDGEPORT, CT 06804-4262

(203) 334-0101

JURIS # 38116

and slippery surface of the floor, which had on it, among other things, old, rotten, and crushed tomatoes, tomato juice, and/or water (collectively, the "Crushed Tomatoes").

4.      Said Crushed Tomatoes, at that time, and for a long time prior thereto, were dangerous to pedestrians walking on them, including the Plaintiff, RENEE HOFF.

5.      The Defendant had, or should have had, notice and knowledge of the Crushed Tomatoes on the floor, which constituted an unsafe, dangerous and defective condition, but it failed to remedy said unsafe, dangerous and defective condition.

6.      Said occurrence and the resulting injuries were caused by the negligence and/or carelessness of the Defendants, WALMART, acting through its employees, agents, servants, and assigns, in or more of the following respects:

a)      in that the Defendant knew, or in the exercise of due care should have known, that the Crushed Tomatoes and/or liquid and/or other debris created an unsafe, dangerous and defective condition and failed to take reasonable precautions to remedy said condition;

b)      in that the Defendant, for more than a reasonable time, permitted said Crushed Tomatoes and/or liquid and/or other debris to be and remain in said unsafe, dangerous and defective condition so that pedestrian travel on said premises, and use thereof, was rendered dangerous to invitees, including the Plaintiff;

LAW OFFICES
ILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
IDGEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

2

c)      in that the Defendant failed to provide sufficient maintenance and security for said premises enable it to discover and remedy said unsafe, dangerous and defective conditions, including those encountered by the Plaintiff;

d)      in that the Defendant failed to reasonably guard the Plaintiff from the danger of said condition which it maintained;

e)      in that the Defendant allowed, permitted and/or took no steps to prevent individuals lawfully using the premises slipping on the Crushed Tomatoes and/or liquid and/or other debris that was on the floor;

f)      in that the Defendant failed to make a reasonable inspection of said premises which it owned and/or controlled;

g)      in that the Defendant failed to give any warning to the Plaintiff of the unsafe, dangerous and defective condition which existed in said store;

h)      in that any steps that were taken to prevent Crushed Tomatoes, and/or liquid and/or other debris from accumulating in said aisle were inadequate, and the Defendant knew they were inadequate, but failed to take further reasonable and adequate steps to prevent Crushed Tomatoes, and/or liquid and/or other debris from accumulating in the public areas of its store;

i)      in that its agents and/or employees failed to take reasonable steps to stop Crushed Tomatoes and/or liquid and/or other debris from accumulating on the floor; and,

LAW OFFICES
LLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
IDGEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

3

j)      in that its agents and/or employees failed to take reasonable steps to warn shoppers of the Crushed Tomatoes and/or liquid and/or other debris on the floor, or to cordon off the area from the public.

7.      As a proximate result of said occurrence and of the Defendant's carelessness and negligence, the Plaintiff, RENEE HOFF, sustained the following injuries of a serious, painful and permanent nature:

a.      cervical radiculopathy;

b.      acute musculoligamentos strain of the cervical spine;

c.      reduced range of motion of the cervical spine;

d.      lumbar radiculopathy;

e.      acute musculoligamentos strain of the lumbosacral spine;

f.      contusion to low back;

g.      reduced range of motion of the lumbar spine;

h.      thoracic sprain/strain;

i.      reduced range of motion of the thoracic spine;

j.      left shoulder pain and injury;

k.      reduced range of motion of the left shoulder;

l.      tailbone pain and injury;

m.      muscle spasms;

n.      sleep disturbance;

LAW OFFICES
ILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
IDGEPORT, CT 06604-4282

(203) 334-0191

JURIS # 38116

4

o.    exacerbation of pre-existing, but dormant, conditions;

p.    headaches; and,

q.    bruises, sprains and contusions of her head, body and limbs.

8.    As a further result of the Defendant's negligence and/or carelessness, the Plaintiff, RENEE HOFF, received a general shock to her nervous system.  She has endured and will continue to endure for a long period of time, great mental and physical suffering.  She has been and will be permanently restricted and deprived of the usual pleasures, pursuits, diversions and recreations of life.

9.    As a further result, the Plaintiff incurred expenses for medical care and attention and may continue to do so in the future.

10.    In addition, the Plaintiff has suffered lost wages, and/or a loss of earning capacity.

LAW OFFICES
:LLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
IDGEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

WHEREFORE, the Plaintiff claims monetary damages within the jurisdiction of this Court.

THE PLAINTIFF

By _Michael J. Rosnick_

MICHAEL J. ROSNICK
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Juris #: 038116

ATTEST:

BRIAN R. WRIGHT
STATE MARSHAL
HARTFORD COUNTY

LAW OFFICES
ILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
IDGEPORT, CT 06604-4282

(203) 334-0191

JURIS # 38116

6

RET. DATE:  4TH TUESDAY NOVEMBER 2020   :    SUPERIOR COURT

RENEE HOFF   :    J.D. OF NEW HAVEN

VS.   :    AT NEW HAVEN

WALMART, INC., WAL-MART STORES EAST,   :
LIMITED PARTNERSHIP, WAL-MART
ASSOCIATES, INC., WALMART REAL ESTATE   :
BUSINESS TRUST      OCTOBER 13, 2020

## AMOUNT IN DEMAND

The amount, legal interest or property in demand is FIFTEEN THOUSAND AND

NO/100 ($15,000.00) DOLLARS or more exclusive of interest and costs.

THE PLAINTIFF

By _____

MICHAEL J. ROSNICK
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT  06604
Phone:  (203) 334-0191
Fax:  (203) 334-3463
Juris #:  038116

ATTEST:

_____
BRIAN N WRIGHT
STATE MARSHAL
HARTFORD COUNTY

LAW OFFICES
LLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
IDGEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

7

**<u>EXHIBIT B</u>**



# State of Connecticut Judicial Branch
# Superior Court E-Filing



---

**Attorney/Firm: RYAN RYAN DELUCA LLP (436612)**          **E-Mail: SHMALITZ@RYANDELUCALAW.COM**   Logout

<u>Hide Instructions</u>                    **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

### Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | <u>NNH-CV-20-6108762-S</u> |
| **Case Name:** | HOFF, RENEE v. WALMART, INC. Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Nov-10-2020 |
| **Motion/Pleading by:** | RYAN RYAN DELUCA LLP (436612) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| | Notice of Filing Petition for Removal Directed State Court |
| **Date and Time of Transaction:** | Tuesday, November 10, 2020 9:29:44 AM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]   [ Return to Case Detail ]

Copyright © 2020, State of Connecticut Judicial Branch

D.N. NNH-CV20-6108762-S                      SUPERIOR COURT

RENEE HOFF                                   J.D. OF NEW HAVEN

v.                                           AT NEW HAVEN

WALMART, INC., WALMART STORES
EAST, LP, WALMART ASSOCIATES, INC.           NOVEMBER 10, 2020
& WALMART REAL ESTATE BUSINESS
TRUST

### NOTICE OF FILING PETITION FOR REMOVAL TO FEDERAL COURT

NOW COMES Defendants, Walmart, Inc., Walmart Stores East, LP, Walmart

Associates, Inc. and Walmart Real Estate Business Trust by and through their undersigned

counsel, and hereby provides notice that they have this date filed a Petition for Removal of this

matter to the United States District Court, District of Connecticut.  A copy of said Petition

(without exhibits) is attached hereto as **Exhibit A**.

                              Respectfully submitted,

                              DEFENDANTS,
                              WALMART, INC., WALMART STORES EAST,
                              LP, WALMART ASSOCIATES, INC.  &
                              WALMART REAL ESTATE BUSINESS TRUST

                              By:____/s/ Janice D. Lai - 407426_____
                                  Janice D. Lai
                                  Ryan Ryan DeLuca, LLP
                                  185 Asylum Street, 6th Floor
                                  Hartford, CT 06103
                                  Ph: 860-785-5154
                                  Fax: 860-785-5040
                                  jdlai@ryandelucalaw.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on November 10, 2020 to all attorneys and self-represented parties of record and to all parties who have not appeared in this matter and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was or will immediately be mailed or delivered to:

Michael Rosnick, Esq.
Miller, Rosnick, D'Amico August & Butler
1087 Broad Street
Bridgeport, CT 06604
*Attorney for Plaintiff*

/s/ *Janice D. Lai, Esq.*
Janice D. Lai, Esq.

.

2

**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RENEE HOFF** | ) | **CASE NO.:** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **WALMART INC., WALMART STORES** | ) | |
| **EAST, LP, WALMART ASSOCIATES, INC.** | ) | |
| **& WALMART REAL ESTATE BUSINESS** | ) | |
| **TRUST** | ) | |
| | ) | **NOVEMBER 10, 2020** |
| **Petitioners/Defendants** | ) | |
| | ) | |

NOW COMES the Defendants, WALMART INC., WALMART STORES EAST, LP, WALMART ASSOCIATES, INC. AND WALMART REAL ESTATE BUSINESS TRUST hereinafter referred to as "Petitioners" and through their undersigned counsel respectfully petition this Honorable Court as follows:

1.     Petitioners are Defendants in a civil action bearing Docket No. NNH-CV20-6108762-S pending in the Connecticut Superior Court, Judicial District of New Haven at New Haven (hereinafter, the "State Court Action"). The Return Date in the State Court Action is November 24, 2020. A copy of the Summons and Complaint in the State Court Action is attached hereto as **Exhibit A**.

2.     The Complaint in this action sounds in negligence. In her Complaint, Plaintiff alleges that she slipped and fell on a slippery condition and/or liquid which was allowed to accumulate due to the negligence of the Petitioners when she was walking inside the Walmart store located at 844 North Colony Road, Wallingford, Connecticut on July 3, 2019. The Plaintiff alleges that as a result of this Incident, she was caused to suffer various serious and permanent personal injuries and losses *(please see Complaint, Paragraphs 7 - 10).*

1

3.     The permanent injuries and losses claimed by the Plaintiff include; but are not limited to, cervical spine injury causing pain to radiate into her shoulders/arms, lumbar spine injury causing pain to radiate into her lower extremities, left shoulder injury, thoracic spine injury and exacerbation of her pre-existing condition.  In addition, she is claiming future medical expenses and that these injuries have completely diminished her activities.  Further, she claims lost wages and impairment of her earning capacity.

4.     This action is being removed to the District Court pursuant to Title 28, United States Code §1441(a). In support of this Petition for Removal, the Petitioner respectfully states and represents to the Court as follows:

a.     By Complaint dated October 13, 2020, the Plaintiff filed suit against the Petitioners. Service was accomplished upon the Petitioners Walmart, Inc., Walmart Stores East, LP and Walmart Associates, Inc. on October 19, 2020 through the Petitioners' registered agent for service of process.  Service was accomplished upon Petitioner Walmart Real Estate Business Trust on October 16, 2020 through the Connecticut Secretary of States as registered agent for service of process.  The Complaint seeks venue in the Superior Court of Connecticut, Judicial District of New Haven at New Haven.

b.     The Plaintiff is a resident of Hamden, Connecticut. *Please see Summons.*

c.     Petitioner, Walmart Stores East, LP is a Delaware limited partnership with its principal place of business in Bentonville, Arkansas.

d.     Petitioner, Walmart, Inc., is a corporation duly licensed and registered under the laws of the State of Delaware, with a principal place of business in Bentonville, Arkansas.

e.     Petitioner, Walmart Real Estate Business Trust is a business trust duly license and

registered under the laws of the State of Delaware, with a principal place of business in Bentonville, Arkansas.

f.     Petitioner, Walmart Associates, Inc. is a  corporation duly licensed and registered under the laws of the State of Delaware, with a principal place of business in Bentonville, Arkansas.

g.     In her Complaint, the Plaintiff alleges that as a result of the subject incident, she suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including those injuries described in detail above. She further asserts a claim for future medical expenses, permanent disability, inability to perform her usual activities without pain, lost wages and impairment of hear earning capacity.  Thus, the amount in controversy exceeds $75,000 exclusive of interest and costs.

5.     This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioner and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6.     Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut and the Petitioner is subject to personal jurisdiction in Connecticut.

7.     Pursuant to 28 U.S.C. §1446(d), the Petitioner has on this date notified the Superior Court of the State of Connecticut of the filing of this Petition. A copy of the Certificate of Removal filed with the Superior Court is attached hereto as **Exhibit B**.

WHEREFORE, based upon the foregoing, the Petitioners respectfully request that the State Court Action be removed to the United States District Court for the District of Connecticut

3

pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of New Haven at New Haven, be discontinued.

Respectfully submitted,

DEFENDANTS/PETITIONERS,
WALMART, INC., WALMART STORES EAST,
LP, WALMART ASSOCIATES, INC. &
WALMART REAL ESTATE BUSINESS TRUST

By: /s/ *Janice D. Lai, Esq.*
    Janice D. Lai, Esq.(ct12135)
    Ryan Ryan Deluca LLP
    CityPlace II
    185 Asylum Street, 6th Floor
    Hartford, CT 06103
    Juris No. 436612
    Phone:  860-785-5150

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael Rosnick, Esq.
Miller, Rosnick, D'Amico August & Butler
1087 Broad Street
Bridgeport, CT 06604
*Attorney for Plaintiff*


/s/ *Janice D. Lai, Esq.*
Janice D. Lai, Esq. (ct12135)